UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re:  **Bankruptcy Case No.:** 19–10863
Galaforo Construction and Companies, LLC  **Chapter** 11
**Debtor**

# NOTICE OF DEFICIENCY

**To:** Ryan Vidal

Your **Document** is/are deficient for the following reason(s):

    Missing Page 1

Related document(s):

*50* – Chapter 11 Monthly Operating Report for Filing Period 06/30/2019 Filed by Vidal Law & CPA Firm, LLC (Vidal, Ryan) Modified on 7/18/2019 (Foe, K).

The corrected filing must be submitted within 2 business days. Otherwise, the court may issue an order to show cause as to why the document was not corrected, or may strike the pleading. You may contact the court for further procedural information.

New Orleans, Louisiana, July 25, 2019.  Kevin Foe
Deputy Clerk