UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**GALAFORO CONSTRUCTION AND COMPANIES, LLC**

DEBTOR(S)

**BANKRUPTCY NO.
19-10863
SECTION "B"**

CHAPTER 11

## ORDER OF DISMISSAL

This matter came before the Honorable Jerry A. Brown on July 24, 2019 as a hearing on the motion of the United States Trustee to dismiss case or, in the alternative, to convert case to Chapter 7 **(P-37).**

    PRESENT: Mary S. Langston
            Assistant United States Trustee

          Ryan T. VIdal
            Interim Counsel for the Debtor

          Jill S. Willhoft
            Counsel for Newtek Small Business Finance, LLC

          Foerstner Graham Meyer
            Counsel for First Bank

Considering the statements of counsel,

**IT IS ORDERED** that the motion is granted and the case is **DISMISSED subject to the payment of any outstanding quarterly fees** *which may be due* **to the Office of the United States Trustee and the filing of any outstanding monthly reports.**

**IT IS FURTHER ORDERED** that within fourteen (14) days of the entry of this order the Debtor shall file with the United States Trustee an affidavit indicating the amount of disbursements made by the debtor for each quarter and pay to the United States Trustee the quarterly fees pursuant to 28 U.S.C. Section 1930 (a)(6).

**IT IS FURTHER ORDERED** that should the Debtor(s) fail to comply with the foregoing orders, citation for contempt and/or sanctions may be issued.

**IT IS FURTHER ORDERED** that the stay resulting from the filing of the voluntary petition be and it hereby is **SET ASIDE AND VACATED.**

New Orleans, Louisiana, July 29, 2019.

_____
JERRY A. BROWN
BANKRUPTCY JUDGE