UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE | |
| | BANKRUPTCY NO. |
| **GALAFORO CONSTRUCTION** | 19-10863 |
| **AND COMPANIES, LLC** | SECTION "B" |
| | |
| DEBTOR(S) | CHAPTER 11 |

### ORDER

This matter came before the Honorable Jerry A. Brown on July 24, 2019 as a continued final hearing on the Application to Employ Vidal Law & CPA Firm, LLC as counsel for the Debtor **(P-26),** the objection filed by the Office of the United States Trustee **(P-30)** and the amended applications to employ **(P-36, P-47).**

PRESENT: Mary S. Langston
Assistant United States Trustee

Ryan T. VIdal
Interim Counsel for the Debtor

Jill S. Willhoft
Counsel for Newtek Small Business Finance, LLC

Foerstner Graham Meyer
Counsel for First Bank

Considering that the case has been dismissed,

**IT IS ORDERED** that the applications to be employed are **MOOT.**

New Orleans, Louisiana, July 29, 2019.

JERRY A. BROWN
BANKRUPTCY JUDGE